■ In the Matter of MARTIN M. FRANK, a Resigned Attorney. — Motion for renewal and reargument of application for reinstatement denied. Concur — Kupferman, J. P., Sandler, Asch, Kassal and Alexander, JJ.